UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EDWIN L. FISHER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:12-cv-00125-JAW |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
| Respondent. | ) |

## ORDER TO ANSWER

Edwin L. Fisher has filed a 28 U.S.C. § 2254 petition. The petition was filed on April 13, 2012. Petitioner's application to proceed in forma pauperis was granted on April 16, 2012.

I have reviewed the file in this matter and hereby ORDER the Attorney General for the State of Maine to file an answer or otherwise respond to the petition no later than June 18, 2012. Pursuant to Rule Governing Section 2254 Proceedings 5(e), petitioner shall have 30 days thereafter to file a reply. No further pleadings are authorized except by leave of court. District of Maine Local Rule 7(e) shall govern the form and length of these pleadings and neither the answer nor the reply shall exceed 20 pages. I specifically direct the Attorney General's attention to Fisher's earlier filing in 1:11-cv-00360, <u>Fisher v. Maine,</u> and my understanding of the state of the record as of that time as reflected in my recommended decision. Given Fisher's repeated filings with this Court and his apparent insistence on proceeding with what he asserts are exhausted claims, I believe that there is no alternative but that the State of Maine provide an Answer to this petition, lest I have misconstrued the limited record I have before me.

The Court requests the cooperation of the Attorney General for the State of Maine to ensure compliance with 18 U.S.C. § 3771(b)(2) of the Crime Victims' Rights Act, and, if a hearing is scheduled, to notify any victim of the time and date of said hearing.

*So ordered.*

April 16, 2012              /s/ Margaret J. Kravchuk
                            U.S. Magistrate Judge